No. 74–1057. COMMODITY OPTION CO., INC., ET AL. *v.* BERNHARDT ET AL. Sup. Ct. Colo. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1097. CONSUMERS UNION OF UNITED STATES, INC. *v.* KISSINGER, SECRETARY OF STATE, ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1160. GEORGE R. WHITTEN, JR., INC., DBA WHITTEN CORP. *v.* PADDOCK POOL BUILDERS, INC., ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–1076. WASHINGTON *v.* MURRAY, AKA TERRY, ET AL. Sup Ct. Wash. Motion of respondent Murray for leave to proceed *in forma pauperis* granted. Certiorari denied.